# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-1523
_____

IAN MICHAEL NYGREN,

Appellant,

v.

RAYME MICHELLE EDLER,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

September 5, 2019


PER CURIAM.

AFFIRMED.

LEWIS, OSTERHAUS, and KELSEY, JJ., concur.

_____


***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Trevor A. Thompson of Clark Partington, Tallahassee and Kelsey K. Stone of Clark Partington, Pensacola, for Appellant.

Andrew T. Lilly of Lilly, PLLC, New Orleans, pro hac vice for Appellant.

Laura E. Keene of Beroset & Keene, Pensacola, for Appellee.